**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

MICHAEL KOCUR, Civil No. 00-~~41~~ 401 (JRT/FLN)

Plaintiff,

v. **ORDER OF DISMISSAL**

SOO LINE RAILROAD, et al.,

Defendants.

---

Daniel Joseph Downs, HOEY FARINA & DOWNS, 542 Dearborn South Ste. 1010, Chicago, IL 60605 and James A Ebert, JONES & GRANGER, 1201 Peachtree Street NE, Ste 1900, Atlanta GA, 30361, for plaintiff.

Jeffery R. Schmidt, RIDER BENNETT EGAN & ARUNDEL, 333 South Seventh Street, Ste 2000, Minneapolis, MN 55402, for defendants.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: May 9, 2001
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK